**BK JUDGE LIFLAND**

Tracey A. Tiska  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 918-3000  
Facsimile: (212) 918-3100  

HOGAN & HARTSON L.L.P.  
555 Thirteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 637-5600  
Facsimile: (202) 637-5910  

WILMER CUTLER PICKERING L.L.P.  
2445 M. Street, N.W.  
Washington, D.C. 20037  
Telephone: (202) 663-6000  
Facsimile: (202) 663-6363  

Attorneys for First State Insurance Company and  
Twin City Fire Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **CONGOLEUM CORPORATION, et al.,** <br><br> Debtor. | Case No. 03-51524 (KCF) <br> (Jointly administered) <br> (Bankr. D.N.J.) <br><br> Chapter 11   MISC# 04-402 <br><br> JUDGE: KATHRYN C. FERGUSON <br> (Bankr. D.N.J.) |

**JOINT STIPULATION OF FIRST STATE INSURANCE**
**COMPANY, TWIN CITY FIRE INSURANCE COMPANY AND**
**PERRY WEITZ, ESQ. REGARDING MOTION TO TRANSFER**

First State Insurance Company ("First State"), Twin City Fire Insurance Company ("Twin City") and Perry Weitz, Esq. ("Mr. Weitz"), through their respective counsel, collectively stipulate and agree and seek an order granting the motion to transfer filed by Mr. Weitz in this court relating to discovery requested by First State and Twin City in connection with the bankruptcy cases filed by Congoleum Corporation and two of its

subsidiaries and currently pending in the United States Bankruptcy Court for the District of New Jersey. First State, Twin City and Mr. Weitz agree that First State and Twin City's opposition to Mr. Weitz's motion to quash shall be filed in the United States Bankruptcy Court for the District of New Jersey.

Dated: March 17, 2004

                Respectfully submitted,

                _____
                Tracey A. Tiska
                HOGAN & HARTSON L.L.P.
                875 Third Avenue
                New York, New York 10022
                Telephone: (212) 918-3000
                Facsimile:  (212) 918-3100

                and

                Duane D. Morse
                Nancy L. Manzer
                WILMER CUTLER PICKERING L.L.P.
                1600 Tysons Boulevard
                10th Floor
                McLean, Virginia 22102
                Telephone: (703) 251-9700
                Facsimile:  (703) 251-9797

                Philip D. Anker
                WILMER CUTLER PICKERING L.L.P.
                399 Park Avenue
                New York, New York  10022
                Telephone: (212) 230-8800
                Facsimile:  (212) 230-8888

                Todd Brown
                WILMER CUTLER PICKERING L.L.P.
                2445 M. Street, N.W.



Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

and

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorneys for First State Insurance Company and Twin Cities Fire Insurance Company

and

Elihu Inselbuch
Ronald Reinsel
Nathan D. Finch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Attorneys for Perry Weitz, Esq.

SO ORDERED: March 23, 2004

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 03-51524 (KCF) |
| | (Jointly administered) |
| CONGOLEUM CORPORATION, et al., | (Bankr. D.N.J.) |
| Debtor. | |
| | Chapter 11 |
| | Hearing Date: March 29, 2004 |
| | (Bankr. D.N.J.) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2004 a true and correct copy of the foregoing JOINT STIPULATION OF FIRST STATE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY AND PERRY WEITZ, ESQ. REGARDING MOTION TO TRANSFER was served on the parties listed below by Federal Express delivery, postage paid.

Carol Ann Slocum, Esq.
Klehr Harrison Harvey Branzberg & Ellers
457 Haddonfield Road
Suite 510
Cherry Hill, NJ 08802

Duane D. Morse, Esq.
Wilmer Cutler Pickering LLP
1600 Tysons Blvd.
McLean, VA 22102

James P. Ruggeri, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Dominic Pacitti, Esq.
Saul Ewing LLP

222 Delaware Avenue
Box 1266
Wilmington, DE 19801

Tracey A. Tiska, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

CAPLIN & DRYSDALE, CHARTERED

Rita C. Tobin, Esq
388 Park Avenue, 27th Floor
New York, NY  10022
212-319-7125